# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **American National Property and Casualty Company,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) **CASE NO. 1:19-CV-198-KD-N**<br>) |
| **Gulf Coast Aerial, LLC f/k/a Gulf Coast Aerial Advertising, LLC; Richard Michael Collins; and Leslie Fields, as Administrator of the Estate of Bradley John LaFleur, deceased,** | )<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## JOINT MOTION TO MODIFY PRELIMINARY SCHEDULING ORDER

**COME NOW** the Parties and jointly move this Court to modify the Preliminary Scheduling Order to enlarge the time to submit Report of Parties' Planning Meeting until twenty-one (21) days after the Court rules on the pending Motion to Dismiss, Stay and/or Abstain, and as grounds show as follows:

1. This is an action for declaratory judgment.

2. The Court's Preliminary Scheduling Order states that the parties shall provide their Report of Parties' Planning Meeting by July 8, 2019.

3. However, Defendants have filed a Motion to Dismiss, Stay and/or Abstain which is currently pending.

**WHEREFORE**, the Parties jointly request that the Court modify its Preliminary Scheduling Order to enlarge the time within which to submit a Report of Parties' Planning Meeting until twenty-one (21) days after the Court rules on the pending Motion to Dismiss, Stay and/or Abstain.

Respectfully submitted,

/s/*M. Keith Gann*
M. Keith Gann
(Alabama Bar No. ASB-9423-N52M)
HUIE, FERNAMBUCQ & STEWART, LLP
3291 Highway 280, Suite 200
Birmingham, Alabama 35243
Telephone: (205) 251-1193
kgann@huielaw.com


/s/*James S. Strawinski*
James S. Strawinski
(Georgia Bar No. 686962)
STRAWINSKI & STOUT, P.C.
3340 Peachtree Road, N.E.
Suite 1445, Tower Place 100
Atlanta, Georgia 30326
Telephone: (404) 264-9955
jss@strawlaw.com
**Pro Hac Vice to be Filed**

*Attorneys for Plaintiff,*
*American National Property and*
  *Casualty Company*

/s/*David S. Cain, Jr.*
David S. Cain, Jr.
William E. Bonner
David G. Wirtes, Jr.
CUNNINGHAM BOUNDS, LLC
Post Office Box 66705
Mobile, AL 36660
dsc@cunninghambounds.com
web@cunninghambounds.com
dgw@cunninghambounds.com

*Attorney for Defendant, Leslie Fields, as Administrator of the Estate of Bradley John Lafleur, Deceased*


/s/*Joseph Dimick Thetford, Jr.*
Joseph Dimmick Thetford, Jr.
CHASON & CHASON, PC
Post Office Box 100
Bay Minette, AL 36507-0100
jdt@chasonlaw.com

*Attorney for Defendants, Gulf Coast Aerial, LLC f/k/a Gulf Coast Aerial Advertising, LLC and Michael Collins*