# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,<br>　　Plaintiff,<br><br>v.<br><br>GULF COAST AERIAL, LLC *f/k/a* *Gulf Coast Aerial Advertising, LLC*, *et al.*,<br>　　Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:19-00198-KD-N<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 28) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated August 29, 2019, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' motions to dismiss, stay, and/or abstain (Docs. 12, 17) are **GRANTED in part** and **DENIED in part**, as follows:

1. The motions are **GRANTED** as to a stay of the Plaintiff's duty-to-indemnify claim, including both discovery and adjudication of the merits, until further order of the Court; and

2. The motions are otherwise **DENIED**.

**DONE** and **ORDERED** this the 26th day of September 2019.

　　　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**